AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>ROBERT ANDREW NOTTINGHAM<br><br>*Defendant(s)* | Case No.<br>21-mj-7070 (KMW) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 20, 2021__ in the county of __Cumberland__ in the _____ District of __New Jersey__, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 U.S.C. Sections 751(a) and 4082(a) | Escape (see Attachment A). |

This criminal complaint is based on these facts:

See Attachment B

☑ Continued on the attached sheet.

*Darrin Altman*
Complainant's signature

Darrin Altman, Deputy U.S. Marshal
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: 04/23/2021

Judge's signature

City and state: Camden, New Jersey    Hon. Karen M. Williams, U.S. Magistrate Judge
Printed name and title

# CONTENTS APPROVED

# UNITED STATES ATTORNEY

By: _____
DIANA VONDRA CARRIG
Assistant U.S. Attorney

Date: _____April 23, 2021_____

## ATTACHMENT A

(Escape from the Custody of the Attorney General)

On or about April 20, 2021, in the District of New Jersey and elsewhere, defendant

### ROBERT ANDREW NOTTINGHAM

did knowingly escape from the custody of the Attorney General, and from any institution or facility in which he was confined by direction of the Attorney General, and did willfully fail to remain within the extended limits of his confinement and return within the time prescribed to an institution or facility designated by the Attorney General, as a result of a federal felony conviction in the District of New Jersey.

In violation of Title 18, United States Code, Sections 751(a) and 4082(a).

## ATTACHMENT B

I, Darrin Altman, am a Deputy U.S. Marshal with the United States Marshals Service assigned to the District of New Jersey, Camden Division, where my investigative focus is the apprehension of fugitives. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, photographs and other evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. On or about December 3, 2007, the Honorable Joseph E. Irenas, Sr., U.S.D.J., sentenced Robert Andrew Nottingham to the custody of the U.S. Attorney General, Federal Bureau of Prisons (BOP), to two 188-month terms of imprisonment to be served concurrently, following his guilty pleas to a one-count Information, Crim. No. 07-474 (JEI), charging him with unlawful possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1), and count one of an Indictment, Crim. No. 07-364 (JEI), charging him with bank robbery, in violation of 18 U.S.C. §§ 2133(a), (d) and (f). *See United States v. Robert Andrew Nottingham*, Crim. Nos. 07-364 (JEI) and 07-474 (JEI).

2. On January 3, 2008, Nottingham was transferred to U.S. Prison Lewisburg, Lewisburg, Pennsylvania.

3. On July 20, 2010, Nottingham was transferred to Federal Correctional Complex (FCC), Coleman, Florida.

1

4.      On April 20, 2021, the BOP, pursuant to an approved furlough application, directed Nottingham to travel unescorted, but while still serving his sentence and still under the custody of the United States Attorney General, to Kintock Residential Reentry Center, 4 South Industrial Boulevard, Bridgeton, New Jersey ("Kintock").

5.      Prior to his departure from FCC Coleman, Nottingham was given an approved itinerary which temporarily extended the limits of his confinement and permitted him to travel from FCC Coleman to Kintock as follows: from FCC Coleman to the Orlando International Airport via taxi, from the Orlando International Airport to the Philadelphia International Airport via airplane, and from the Philadelphia International Airport to Kintock via taxi.

6.      At approximately 8:30 a.m. on April 20, 2021, Nottingham departed FCC Coleman and was directed to report to Kintock no later than 6:35 p.m.

7.      As part of Nottingham's furlough application, Nottingham acknowledged in writing:

> "I understand that if approved, I am authorized to be only in the area of the destination shown above [on the Furlough Application] and at ordinary stopovers or points on a direct route to or from that destination. I understand that my furlough only extends the limits of my confinement and that I remain in the custody of the Attorney General of the United States. If I fail to remain within the extended limits of this confinement, it shall be deemed an escape from custody of the Attorney General, punishable as provided in Section 751 of Title 18, United States Code."

8.      At approximately 8:30 a.m., BOP Personnel placed Nottingham in a taxi bound for the Orlando International Airport. Nottingham failed to board his American Airlines flight, and also failed to report to Kintock by 6:35 p.m. on April 20, 2021 as directed. He also has not reported to any BOP facility or the designated residential reentry center since that time. On April 20, 2021, the BOP put Nottingham on escape status and Nottingham is considered an

escaped federal inmate.

9.   I am requesting the complaint and arrest warrant be sealed until further order of the court. The investigation into the whereabouts of Nottingham is ongoing at this time. Should the existence of this complaint and arrest warrant become known to Nottingham, it is my belief that he may flee thereby frustrating the ongoing investigation.

Respectfully submitted,

*Darrin Altman*

DARRIN ALTMAN
Deputy U.S. Marshal
United States Marshals Service

Pursuant to Fed. R. Crim. P. 4.1, Deputy U.S. Marshal Darrin Altman was sworn and attested to the contents of this affidavit in support of the issuance or an arrest warrant and criminal complaint charging defendant Robert Andrew Nottingham with one count of escape, as set forth in Attachment A.

_____
HON. KAREN M. WILLIAMS
U.S. Magistrate Judge

Dated: April 23, 2021

3